UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
L.V., individually, and L.V. on behalf of C.V.,

                                                Plaintiffs,                        7:22-cv-04255-VR

        -against-                      **ORDER**

Rye City School District,

                                          Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 24, 2023, Defendant moved for a protective order (ECF 31), which Plaintiff opposed (ECF 34). Since that time, this case was reassigned to the undersigned. The parties are directed to file a joint letter by no later than **June 21, 2023**, providing the Court with an update on the status of the case and the pending motion. After receipt of this letter, the Court will address the pending motion in due course.

    **SO ORDERED.**

DATED:     White Plains, New York
                  June 14, 2023

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge