UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

L.V. individuall and o/b/o C.,

                        Plaintiffs,

      -against-

City Of Rye School District,

                        Defendant.
----------------------------------------------------------------X

7:22-cv-04255-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for January 16, 2024 at 11:30 am. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
                December 27, 2023

                                                      VICTORIA REZNIK
                                                      United States Magistrate Judge