```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

L.V. o/b/o C.V. .,

                                  Plaintiffs,        **ORDER RE STATUS CONFERENCE**

        -against-                                   7:22-cv-04255-VR

Rye City School District.
                                Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled **May 22, 2024 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                April 8, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge